IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MATTHEW J. SKORNICKA and Wife, ) | | |
| MEA L. SKORNICKA, ) | | |
| ) | | |
| **Plaintiffs,** ) | | |
| ) | | |
| vs. ) | No. 3:16-cv-5 | |
| ) | Reeves/Shirley | |
| MI LOGISTICS, INC. and ) | | |
| GEORGES OSSONGONO NTAYME, ) | | |
| ) | | |
| **Defendants.** ) | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come the Parties, pursuant to Fed. R. Civ. P. 41(a), and stipulate that this case be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

/s/ Sidney W. Gilreath
GILREATH & ASSOCIATES, PLLC
Sidney W. Gilreath (BPR#02000)
*Attorney for Plaintiffs*
550 Main Avenue, Suite 600
Knoxville, Tennessee 37901-1270

**KRAMER RAYSON LLP**

/s/ Beecher A. Bartlett, Jr.
Beecher A. Bartlett, Jr. (BPR #10198)
*Attorney for Defendants*
P. O. Box 629
Knoxville, TN 37901-0629
(865) 525-5134
(865) 522-5723 (fax)